1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CECIL SHAW, | ) 1:13-cv-01564-AWI-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SCHEDULING CONFERENCE; ORDER** |
| TERRY M. BENNETT, individually and dba CAMPUS CHEVRON, MICHAEL J. BENNETT, individually and dba CAMPUS CHEVRON, | ) |
| Defendants. | ) |

**WHEREAS**, Plaintiff, Cecil Shaw ("Plaintiff"), and Defendants, Terry M. Bennett and Michael J. Bennett ("Defendants," and together with Plaintiff, "the Parties"), are engaged in meaningful and productive settlement negotiations, and are cautiously optimistic that a settlement will be reached;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for January 9, 2014 which will not provide the Parties enough time to explore and/or complete a resolution through settlement;

**WHEREAS**, the Parties desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs which would simply operate to frustrate settlement;

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

Page 1

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after January 24, 2014 in order to allow the parties time to explore and, if appropriate, finalize, settlement.

Dated: December 23, 2013                              MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
TANYA E. MOORE
Attorneys for Plaintiff, CECIL SHAW

VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
CRIS C. VAUGHAN
Attorneys for Defendants,
TERRY M. BENNETT and MICHAEL J. BENNETT

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 9, 2014 be continued to January 28, 2014 at 9:00am in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated: **December 23, 2013**                     **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE