1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TERRY M. BENNETT, individually and dba CAMPUS CHEVRON, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-01564-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1   IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Terry M. Bennett, individually and dba Campus Chevron, and Michael J. Bennett, individually and dba Campus Chevron, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: January 9, 2014                MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorneys for Plaintiff
                                     Cecil Shaw

Date: January 9, 2014                VAUGHAN & ASSOCIATES


                                     */s/ Cris C. Vaughan*
                                     Cris C. Vaughan
                                     Attorneys for Defendants
                                     Terry M. Bennett, individually and dba Campus Chevron, and Michael J. Bennett, individually and dba Campus Chevron

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   January 9, 2014             _____
                                     SENIOR DISTRICT JUDGE